UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH A. THOMPSON, et al., )
               Plaintiffs, )
                           ) No. 1:20-cv-428
-v-                                  )
                           ) Honorable Paul L. Maloney
GRETCHEN WHITMER, et al., )
               Defendants. )
                           )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 10, 2021                                                      /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge